IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**REBECCA ORNELAS,**

        Plaintiff,

v.                                                                No. CIV-13-0502 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

        Defendant.

# FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum (Doc. 18)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

        **IT IS SO ORDERED.**

        */s/ Lourdes A. Martinez*
        **THE HONORABLE LOURDES A. MARTINEZ**
        **UNITED STATES MAGISTRATE JUDGE**
        **Presiding by Consent**